UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

12 DEC 19 PM 12: 14

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

MARIO ARELLANO-RAMIREZ,

          Defendant.

CASE NO. 12-cr-04830-AJB

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

21:841(a)(1) - Possession of Methamphetamine with Intent to Distribute (1)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/18/12

Mitchell D. Dembin
U.S. Magistrate Judge